IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00070–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RANDALL WILLIAM BOYL,

      Defendant.

**ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a three-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **July 10, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is June 5, 2006.  All responses shall be filed by June 12, 2006.  A hearing on the motions, if necessary, is set for **June 19, 2006**, at 2:15 o'clock p.m.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m. on Friday, **June 30, 2006**.  The deadline for submitting the plea agreement and statement of facts

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>June 28, 2006</u>.

Dated: May 5, 2006